UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WALTER JAMES KUBON, et al.,

Defendants.

Case No. 18-cv-04788-DMR

**ORDER TO SHOW CAUSE**

The United States filed a motion to dismiss Defendants Walter James Kubon and Vally Kubon's counterclaim on September 20, 2018. [Docket No. 14.] Currently, the motion is set for a court hearing on November 29, 2018. Defendants Walter James Kubon and Vally Kubon are appearing in this action without legal representation. According to the local court rules, Defendants should have filed any brief in opposition to the government's motion by October 4, 2018. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

The court ORDERS Defendants Walter James Kubon and Vally Kubon to respond by October 19, 2018 and explain their failure to respond to the motion. In addition, Defendants Walter James Kubon and Vally Kubon must simultaneously (1) submit their opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Defendants' late submission. If Defendants do not respond by October 19, 2018, the government's motion may be granted.

**IT IS SO ORDERED.**

Dated: October 10, 2018

_____

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

WALTER JAMES KUBON, et al.,

        Defendants.

Case No. 4:18-cv-04788-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vally Kubon
560 Hobie Lane
San Jose, CA 95127

Walter James Kubon
560 Hobie Lane
San Jose, CA 95127

Dated: October 10, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2