UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WALTER JAMES KUBON, et al.,<br><br>  Defendants. | Case No. 18-cv-04788-PJH<br><br>**ORDER DENYING DEFENDANTS' MOTION TO SHOW CAUSE**<br><br>Re: Dkt. No. 118 |

Before the court is defendants' motion to show cause.  Having read the papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES defendants' motion.

Defendants' motion challenges this court's jurisdiction and seeks dismissal.  The court previously denied a nearly identical challenge in its July 10, 2019 order.  Dkt. 81.  The court's ruling applies here.  Defendants did not reference any specific cognizable reason why the court might lack personal or subject-matter jurisdiction, and defendants' arguments against the remaining named parties lack legal support or corroborating evidence.  Moreover, the Ninth Circuit has already affirmed this court's grant of summary judgment in favor of plaintiff and the only remaining issue pertains to execution of the judgment.  Accordingly, the court DENIES defendants' motion, and will not entertain further challenges to this court's jurisdiction.

**IT IS SO ORDERED.**

Dated: April 7, 2022

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge