UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE GUANCIONE,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No.  22-cv-02619-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *United States v. Kubon*, No. 18-cv-4788 (N.D. Cal., filed Aug. 8, 2018).

**IT IS SO ORDERED.**

Dated:  May 11, 2022

_____
BETH LABSON FREEMAN
United States District Judge